**2016-0982 (La. 9/16/16)**

**Truman STANLEY, III**

v.

**AIRGAS-SOUTHWEST, INC., Praxair, Inc., Gulf Coast Hydrostatic Testers, LLC, Engineered Controls International, LLC, and T.H. Laboratories, Ltd.**

**NO. 2016-CC-0982**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Ascension, 23rd Judicial District Court Div. D, No. 104,043; to the Court of Appeal, First Circuit, No. 2016 CW 0146;

IN RE: Airgas USA, LLC;—Defendant

Denied.

■

**2016-0984 (La. 9/16/16)**

**GERMANIA PLANTATION, INC.**

v.

**William HAYWARD, III**

**NO. 2016-CC-0984**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Ascension, 23rd Judicial District Court Div. D, No. 112,652-D; to the Court of Appeal, First Circuit, No. 2015 CW 1994

Denied.

HUGHES, J., would grant.

■

**2016-0999 (La. 9/16/16)**

**HIEU PHOUNG HOANG**

v.

**THORTON SERVICES, INC., et al.**

**NO. 2016-C-0999**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. N, No. 11-11601; to the Court of Appeal, Fourth Circuit, No. 2015-CA-0749

Denied.